1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GENEVIEVE RODRIGUEZ,                    CASE NO. CV F 11-1091 LJO SKO

12                          Plaintiff,        **ORDER TO DISMISS DEFENDANT**
            vs.                               (Doc. 12.)
13
     COUNTY OF TULARE, et al.,
14
                            Defendants.
15   _____/

16        Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court

17   DISMISSES this action without prejudice as to defendants Monica Meza and David Crawford only.  The

18   clerk is directed NOT to close this action.

19        IT IS SO ORDERED.

20   **Dated:     November 29, 2011            /s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                              1