**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENEVIEVE RODRIGUEZ, | CASE NO. CV F 11-1091 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** (Doc. 12.) |
| vs. | |
| COUNTY OF TULARE, et al., | |
| Defendants. / | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendants Monica Meza and David Crawford only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated: November 29, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1