1

2

3

4                         UNITED STATES DISTRICT COURT

5                         EASTERN DISTRICT OF CALIFORNIA

6

7    GENEVIEVE RODRIGUEZ,                    CASE NO. CV F 11-1091 LJO SKO

8                    Plaintiff,             **ORDER AFTER SETTLEMENT**
            vs.                              (Doc. 22-24.)
9
     COUNTY OF TULARE, et al.,
10
                     Defendants.
11   _____/

12          The parties' counsel have indicated that plaintiff has accepted the defense settlement offer.

13   Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August 6, 2012,**

14   to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why

15   the action has not been dismissed.

16          This Court VACATES the July 26, 2012 hearing on defendants' motion to dismiss but vacates

17   no other dates at this time.  This Court will take no further action on defendants' motion to dismiss at

18   this time.  However, if settlement is not completed timely, this Court will entertain the motion to dismiss

19   without a hearing.

20          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

21   parties who contributed to violation of this order.   *See* Local Rules 160 and 272.   This Court

22   ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil

23   Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems

24   appropriate.

25          The clerk is directed to term doc. 22.

26

27   IT IS SO ORDERED.

28   **Dated:    July 16, 2012                        /s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE