UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE RODRIGUEZ,<br><br>          Plaintiff,<br>     vs.<br><br>COUNTY OF TULARE, et al.,<br><br>          Defendants.<br>_____ / | CASE NO. CV F 11-1091 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 22-24.) |

      The parties' counsel have indicated that plaintiff has accepted the defense settlement offer. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August 6, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

      This Court VACATES the July 26, 2012 hearing on defendants' motion to dismiss but vacates no other dates at this time. This Court will take no further action on defendants' motion to dismiss at this time. However, if settlement is not completed timely, this Court will entertain the motion to dismiss without a hearing.

      Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

      The clerk is directed to term doc. 22.

IT IS SO ORDERED.

**Dated:   July 16, 2012**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE