**WILLIAM A. ROMAINE #126966**
**LAW OFFICE OF WILLIAM A. ROMAINE**
206 WEST LACEY BOULEVARD # 309
HANFORD, CALIFORNIA 93230
TELEPHONE 559 582 9360
TELECOPIER 559 582 9350

ATTORNEYS FOR PLAINTIFF

# United States District Court
# Eastern District of California

| | |
|---|---|
| GENEVIEVE RODRIGUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, CALIFORNIA, a California Public Entity, Monica Meza, and David Crawford, individuals,<br><br>        Defendants | Case Number: 1:11-CV-1091-LJO<br><br>ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION<br>[FRCP 41(a)(1)] |

    Upon the stipulation of the parties hereto and good cause appearing therefor: It is hereby ordered that the above-entitled action be and is hereby dismissed with prejudice as to all parties and all causes of action.    All parties to bear their own costs.  The Clerk is directed to close the above-entitled case.

    IT IS SO ORDERED.

**Dated:   August 3, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
WILLIAM A. ROMAINE
206 W. LACEY BLVD.
SUITE 309
TELEPHONE 559 582 9360
TELECOPIER 559 582 9350

11cv1091.dismissal.glg.wpd